United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-18533-amc
Sherry Lee Shire-Misnik                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: PaulP              Page 1 of 1           Date Rcvd: Mar 26, 2018
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
db             +Sherry Lee Shire-Misnik,    163 Meadowview Court,    Langhorne, PA 19047-1013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
              JOHN A. TORRENTE    on behalf of Creditor Morris  Licciardello jtorrente@begleycarlin.com
              JOHN A. TORRENTE    on behalf of Creditor Ellen  Mignoni jtorrente@begleycarlin.com
              JOSEPH M. RAMAGLI    on behalf of Debtor Sherry Lee Shire-Misnik jramagli@jccslaw.com
              KEVIN G. MCDONALD    on behalf of Creditor   Bank Of America, N.A. KMcDonald@blankrome.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                          :
                                                :
   Sherry Lee Shire-Misnik,                     :       Case No. 17-18533-amc
                                                :
           Debtor                               :       Chapter 13

**ORDER GRANTING DEBTOR AN ADDITIONAL TWENTY-ONE (21) DAYS TO FILE
<u>CHAPTER 13 SCHEDULES AND STATEMENT OF PLAN</u>**

AND NOW, this  26th  day of  March  , 2018, upon consideration of the Debtor's APPLICATION for additional time,

IT IS HEREBY ORDERED

That the Debtor shall have until the  10th  day of  April  . 2018 to file Chapter 13 Schedules and Statements and a Chapter 13 Plan.

SO ORDERED.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge