United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-18533-amc
Sherry Lee Shire-Misnik                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2           User: dlv                  Page 1 of 2                  Date Rcvd: Mar 28, 2018
                               Form ID: 309I              Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2018.
```
db            +Sherry Lee Shire-Misnik,   163 Meadowview Court,    Langhorne, PA 19047-1013
14031047      +Comenitybk/VictoricSecret,    PO Box 182789,   Columbus, OH 43218-2789
14031048    ++++DITECH,   332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
              (address filed with court: Ditech,    332 Minnesota St,   Suite 610,   Saint Paul, MN 55101)
14031049      +Ellen Mignoni,   Beneficiary and Fiduciary of the,    Estate of Frank E. Mignoni,
               4549 Winding Brook Drive,    Bensalem, PA 19020-7805
14031050      +Gary J Misnik,   726 Perkins Lane,    Edgewater Park, NJ 08010-1621
14031052      +John A. Torrente, Esquire,    Begley, Carlin & Mandio,LLP,   680 Middletown Blvd,
               Langhorne, PA 19047-1817
14031055      +MDVIP,   4950 Communication Ave,    Suite 100,   Boca Raton, FL 33431-3308
14031053      +Margaret T. Mignoni,   4549 Winding Brook Drive,    Bensalem, PA 19020-7805
14031054      +Mary Jo Silvi,   Beneficiary of the,    Estate of Frank E. Mignoni,   4549 Winding Brook Drive,
               Bensalem, PA 19020-7805
14031056      +Morris Licciardello,   4549 Winding Brook Drive,    Bensalem, PA 19020-7805
14031061      +Synchb/ToysRUsDC,   PO Box 965005,    Orlando, FL 32896-5005
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: jramagli@jccslaw.com Mar 29 2018 01:49:38     JOSEPH M. RAMAGLI,
                Jackson Cook Caracappa & Scott,   312 Oxford Valley Road,    Fairless Hills, PA  19030
tr            +E-mail/Text: bncnotice@ph13trustee.com Mar 29 2018 01:51:12     WILLIAM C. MILLER, Esq.,
                Chapter 13 Trustee,   P.O. Box 1229,    Philadelphia, PA 19105-1229
smg            E-mail/Text: bankruptcy@phila.gov Mar 29 2018 01:50:53     City of Philadelphia,
                City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 29 2018 01:50:16
                Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 29 2018 01:50:32     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Mar 29 2018 01:50:20     United States Trustee,
                Office of the U.S. Trustee,   833 Chestnut Street,    Suite 500,   Philadelphia, PA 19107-4405
14078076       EDI: GMACFS.COM Mar 29 2018 05:48:00     Ally Financial,    PO Box 130424,
                Roseville MN 55113-0004
14031035      +EDI: GMACFS.COM Mar 29 2018 05:48:00     Ally Financial,    200 Renaissance Ctr,
                Detroit, MI 48243-1300
14031037       EDI: BANKAMER.COM Mar 29 2018 05:50:00     Bank of America,    PO Box 982238,
                El Paso, TX 79998
14031036       EDI: BANKAMER.COM Mar 29 2018 05:50:00     Bank of America,    P.O. Box 31785,
                Tampa, FL 33631-3785
14031038      +E-mail/Text: ECMBKMail@Caliberhomeloans.com Mar 29 2018 01:51:17     Caliber Home Loans,
                13801 Wireless Way,   Oklahoma City, OK 73134-2500
14031040      +EDI: CAPITALONE.COM Mar 29 2018 05:50:00     Capital One,    PO Box 30281,
                Salt Lake City, UT 84130-0281
14031039      +EDI: CAPITALONE.COM Mar 29 2018 05:50:00     Capital One,   Helzberg,   26525 N Riverwoods Blvd,
                Mettawa, IL 60045-3438
14031041      +EDI: WFNNB.COM Mar 29 2018 05:49:00     Comenity Bank/Chadwicks,    PO Vox 182789,
                Columbus, OH 43218-2789
14031042       EDI: WFNNB.COM Mar 29 2018 05:49:00     Comenity Bank/Jared,    Bankruptcy Department,
                PO Box 182125,   Columbus, OH 43218-2125
14031043      +EDI: WFNNB.COM Mar 29 2018 05:49:00     Comenity Bank/lnbryant,    PO Box 182789,
                Columbus, OH 43218-2789
14031044      +EDI: WFNNB.COM Mar 29 2018 05:49:00     Comenity Bank/roamans,    PO Box 182789,
                Columbus, OH 43218-2789
14031045       EDI: WFNNB.COM Mar 29 2018 05:49:00     Comenitybk/brylane,    PO Box 18279,
                Columbus, OH 43218
14031046       EDI: WFNNB.COM Mar 29 2018 05:49:00     Comenitybk/jesslon,    PO Box 182789,
                Columbus, OH 43218-2789
14031986      +EDI: PRA.COM Mar 29 2018 05:48:00     PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14070375       EDI: Q3G.COM Mar 29 2018 05:50:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                PO Box 788,   Kirkland, WA  98083-0788
14031057      +EDI: SEARS.COM Mar 29 2018 05:49:00     Sears/cbna,   Mastercard,    PO Box 6283,
                Sioux Falls, SD 57117-6283
14031058      +EDI: SEARS.COM Mar 29 2018 05:49:00     Sears/cbnd,   PO Box 6189,    Sioux Falls, SD 57117-6189
14031059      +EDI: RMSC.COM Mar 29 2018 05:50:00     Syncb/Amazon,   PO Box,    965015,
                Orlando, FL 32896-0001
14031060      +EDI: RMSC.COM Mar 29 2018 05:50:00     Syncb/Care Credit,    PO Box 965036,
                Orlando, FL 32896-5036
14031062      +EDI: WFFC.COM Mar 29 2018 05:49:00     Wells Fargo Bank Nv NA,    PO Box 31557,
                Billings, MT 59107-1557
                                                                                              TOTAL: 26
```

```
District/off: 0313-2             User: dlv                  Page 2 of 2                  Date Rcvd: Mar 28, 2018
                                 Form ID: 309I              Total Noticed: 37


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14031051*        Gary J. Misnik,    726 Perkins Lane,    Edgewater Park, NJ 08010-1621
14047890*       +John A. Torrente, Esquire,    Begley, Carlin & Mandio, LLP,    680 Middletown Blvd.,
                 LANGHORNE, PA 19047-1817
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2018                                          Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 27, 2018 at the address(es) listed below:
              JOHN A. TORRENTE     on behalf of Creditor Morris   Licciardello jtorrente@begleycarlin.com
              JOHN A. TORRENTE     on behalf of Creditor Ellen  Mignoni jtorrente@begleycarlin.com
              JOSEPH M. RAMAGLI     on behalf of Debtor Sherry Lee Shire-Misnik jramagli@jccslaw.com
              KEVIN G. MCDONALD     on behalf of Creditor   Bank Of America, N.A. KMcDonald@blankrome.com
              ROBERT H. HOLBER     on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Sherry Lee Shire–Misnik** | Social Security number or ITIN | **xxx–xx–9063** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed in chapter **7** | **12/21/17** |
| Case number: | **17–18533–amc** | Date case converted to chapter **13** | **2/28/18** |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case    12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Sherry Lee Shire–Misnik | |
| 2. | **All other names used in the last 8 years** | aka Sherry L Misnik, fka Sherry L Shire | |
| 3. | **Address** | 163 Meadowview Court<br>Langhorne, PA 19047 | |
| 4. | **Debtor's attorney**<br>Name and address | JOSEPH M. RAMAGLI<br>Jackson Cook Caracappa & Scott<br>312 Oxford Valley Road<br>Fairless Hills, PA 19030 | Contact phone 215 946 4342<br>Email: jramagli@jccslaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (215)408–2800<br>Date: 3/28/18 |

**For more information, see page 2**

Official Form 309I    **Notice of Chapter 13 Bankruptcy Case**    page 1

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 9, 2018 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18−341, 1234 Market Street, Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/8/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/1/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/19/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 600.00 per month for 60 months. **The hearing on confirmation will be held on: 5/29/18 at 10:00AM Location:Courtroom #5 − 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |