JACKSON, COOK, CARACAPPA & SCOTT, P.C.
By:  Joseph M. Ramagli, Esquire
Attorney I.D. No. 313772
312 Oxford Valley Road
Fairless Hills, PA  19030
(215) 946-4342

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Sherry Lee Shire-Misnik, | : | Case No. 17-18533-amc |
| | : | |
| Debtor | : | Chapter 7 |
| | : | |

# CERTIFICATE OF SERVICE OF NOTICE TO CREDITORS OF MOTION TO AVOID JUDICIAL LIEN

I, Joseph M. Ramagli, Esq., attorney for Debtor, Sherry Lee Shire-Misnik, hereby certify that on the 10th day of May, 2018, I sent the Notice of Presentation of Motion to Avoid Judicial Lien to the attorney for the Creditors whose lien avoidance is sought, via Regular U.S. Mail:

John A. Torrente, Esq.
Begley, Carlin & Mandio. LLP
680 Middletown Blvd
Langhorne, PA 19057

Date: May 10, 2018            By: /s/ *Joseph M. Ramagli*
                                  Joseph M. Ramagli, Esquire
                                  Attorney for Debtor