# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 17-18533-AMC

SHERRY LEE SHIRE-MISNIK

163 MEADOWVIEW COURT

LANGHORNE, PA 19047

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

SHERRY LEE SHIRE-MISNIK

163 MEADOWVIEW COURT

LANGHORNE, PA 19047

Counsel for debtor(s), by electronic notice only.

JOSEPH M. RAMAGLI
JACKSON COOK CARACAPPA & SCOTT
312 OXFORD VALLEY ROAD
FAIRLESS HILLS, PA 19030-

Date: 5/10/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee