# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-18533-AMC

SHERRY LEE SHIRE-MISNIK

163 MEADOWVIEW COURT

LANGHORNE, PA 19047

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    SHERRY LEE SHIRE-MISNIK

    163 MEADOWVIEW COURT

    LANGHORNE, PA 19047

**Counsel for debtor(s), by electronic notice only.**
    JOSEPH M. RAMAGLI
    JACKSON COOK CARACAPPA & SCOTT
    312 OXFORD VALLEY ROAD
    FAIRLESS HILLS, PA 19030-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 5/31/2018

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee