JACKSON, COOK, CARACAPPA & SCOTT, P.C.
By:  Joseph M. Ramagli, Esquire
Attorney I.D. No. 313772
312 Oxford Valley Road
Fairless Hills, PA  19030
(215) 946-4342

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Sherry Lee Shire-Misnik, | : | Case No. 17-18533-amc |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| | : | Judge Ashely M. Chan |

**CERTIFICATION OF NO OBJECTION
REGARDING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN
DOCUMENT NO. 37**

I, the undersigned Joseph M. Ramagli, Esq., attorney for Debtor, Sherry Lee Shire-Misnik, hereby certify as of June 12, 2018, I have received no answer, objection or other responsive pleading to Debtor's Motion to Avoid Judicial Lien filed on May 10, 2018.  The undersigned further certifies that I have reviewed the Court's docket in this case an no answer, objection, or other responsive pleading to the Motion to Avoid Judicial Lien appears thereon.  Pursuant to Notice of Presentation of Motion to Avoid Judicial Lien, objections to the Motion were to be filed and served no later than the presentment time and date.

It is hereby respectfully requested that the Order attached to the Motion to Avoid Judicial Lien be entered at the earliest convenience of the Court.


Date: June 12, 2018              By: /s/ *Joseph M. Ramagli*
                                    Joseph M. Ramagli, Esquire
                                    Attorney for Debtor