IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Sherry Lee Shire-Misnik, | : | Case No. 17-18533-amc |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |

## ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN

A motion has been filed to avoid the fixing of a lien on an interest of the Debtor in property to the extent that such lien impairs an exemption in which the Debtor would have been entitled. Due notice having been given and there being no objection or the court overruling any objection,

IT IS HEREBY ORDERED that the judicial or nonpossessory, nonpurchase money lien described below will be treated as follows.

The lien of: **Ellen Mignoni, Mary Jo Silvi, and Margaret T. Mignoni**

in this property: **163 Meadowview Court, Langhorne, Pennsylvania 19047**

shall be treated as secured in the amount of: **$0.00 (the entire lien having been avoided)**

IT IS FURTHER ORDERED that the above lien in the exempt property is extinguished and shall not survive bankruptcy or affix to or remain enforceable against the subject property, notwithstanding any proof of claim filed by the creditor.

IT IS FURTHER ORDERED that the subject lien shall be reinstated upon the entry of an order dismissing this bankruptcy case or upon discharge.

Dated: **June 18, 2018**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE