United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-18533-amc
Sherry Lee Shire-Misnik                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP                Page 1 of 1              Date Rcvd: Jun 18, 2018
                              Form ID: pdf900            Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 20, 2018.
db             +Sherry Lee Shire-Misnik,    163 Meadowview Court,    Langhorne, PA 19047-1013
14092683       +Ellen Mignoni,    Mary Jo Silvi,    Margaret T. Mignoni,    3101 Worthington Street, NW,
                 Washington, DC 20015-2321
14031053       +Margaret T. Mignoni,    4549 Winding Brook Drive,    Bensalem, PA 19020-7805
14031054       +Mary Jo Silvi,    Beneficiary of the,    Estate of Frank E. Mignoni,    4549 Winding Brook Drive,
                 Bensalem, PA 19020-7805

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 18, 2018 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              JOHN A. TORRENTE    on behalf of Creditor Ellen  Mignoni jtorrente@begleycarlin.com
              JOHN A. TORRENTE    on behalf of Creditor Morris  Licciardello jtorrente@begleycarlin.com
              JOSEPH M. RAMAGLI    on behalf of Debtor Sherry Lee Shire-Misnik jramagli@jccslaw.com
              KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    CALIBER HOME LOANS, INC. ET. AL. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                              TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Sherry Lee Shire-Misnik, | : | Case No. 17-18533-amc |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |

**ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN**

A motion has been filed to avoid the fixing of a lien on an interest of the Debtor in property to the extent that such lien impairs an exemption in which the Debtor would have been entitled. Due notice having been given and there being no objection or the court overruling any objection,

IT IS HEREBY ORDERED that the judicial or nonpossessory, nonpurchase money lien described below will be treated as follows.

The lien of: **Ellen Mignoni, Mary Jo Silvi, and Margaret T. Mignoni**

in this property: **163 Meadowview Court, Langhorne, Pennsylvania 19047**

shall be treated as secured in the amount of: **$0.00 (the entire lien having been avoided)**

IT IS FURTHER ORDERED that the above lien in the exempt property is extinguished and shall not survive bankruptcy or affix to or remain enforceable against the subject property, notwithstanding any proof of claim filed by the creditor.

IT IS FURTHER ORDERED that the subject lien shall be reinstated upon the entry of an order dismissing this bankruptcy case or upon discharge.

Dated: **June 18, 2018**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE