**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| SHERRY LEE SHIRE-MISNIK | BK. No. 17-18533-amc |
| F/K/A SHERRY L SHIRE | |
| A/K/A SHERRY L MISNIK | Chapter No. 13 |
| Debtors | |
| CALIBER HOME LOANS, INC. AS SERVICER | 11 U.S.C. §362 & §1301 |
| FOR U.S. BANK TRUST, N.A., AS TRUSTEE | |
| FOR LSF9 MASTER PARTICIPATION TRUST | |
| Movant | |
| v. | |
| SHERRY LEE SHIRE-MISNIK | |
| F/K/A SHERRY L SHIRE | |
| A/K/A SHERRY L MISNIK | |
| GARY J. MISNIK (Co-Debtor) | |
| Respondents | |

**ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY**

**AND NOW**, this 26th day of June, 2018, at **PHILADELPHIA**, upon Motion of **CALIBER HOME LOANS, INC. AS SERVICER FOR U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 726 PERKINS LANE, EDGEWATER PARK, NJ 08010(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that Rule 4001(a)(3) is not applicable and **CALIBER HOME LOANS, INC. AS SERVICER FOR U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further;

**ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

ROBERT H. HOLBER, ESQUIRE
41 EAST FRONT STREET
MEDIA, PA 19063

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

GARY J. MISNIK
726 PERKINS LANE
EDGEWATER PARK, NJ 08010

SHERRY LEE SHIRE-MISNIK
F/K/A SHERRY L SHIRE
A/K/A SHERRY L MISNIK
163 MEADOWVIEW COURT
LANGHORNE, PA 19047

SHERRY LEE SHIRE-MISNIK
F/K/A SHERRY L SHIRE
A/K/A SHERRY L MISNIK
726 PERKINS LANE
EDGEWATER PARK, NJ 08010