United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-18533-amc
Sherry Lee Shire-Misnik                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: ChrissyW              Page 1 of 1               Date Rcvd: Jun 26, 2018
                               Form ID: pdf900             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2018.
db             +Sherry Lee Shire-Misnik,    163 Meadowview Court,    Langhorne, PA 19047-1013
14031050       +Gary J Misnik,   726 Perkins Lane,    Edgewater Park, NJ 08010-1621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14031038       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jun 27 2018 02:43:28      Caliber Home Loans,
                 13801 Wireless Way,   Oklahoma City, OK 73134-2500
                                                                                              TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2018 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    CALIBER HOME LOANS, INC. ET. AL. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              JOHN A. TORRENTE    on behalf of Creditor Ellen  Mignoni jtorrente@begleycarlin.com
              JOHN A. TORRENTE    on behalf of Creditor Morris  Licciardello jtorrente@begleycarlin.com
              JOSEPH M. RAMAGLI    on behalf of Debtor Sherry Lee Shire-Misnik jramagli@jccslaw.com
              KARINA   VELTER    on behalf of Creditor   Wells Fargo Bank, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor   Bank Of America, N.A. bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    CALIBER HOME LOANS, INC. ET. AL. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| **SHERRY LEE SHIRE-MISNIK** | **BK. No. 17-18533-amc** |
| **F/K/A SHERRY L SHIRE** | |
| **A/K/A SHERRY L MISNIK** : | **Chapter No. 13** |
| : | |
| : | |
| **Debtors** : | |
| : | |
| **CALIBER HOME LOANS, INC. AS SERVICER** : | **11 U.S.C. §362 & §1301** |
| **FOR U.S. BANK TRUST, N.A., AS TRUSTEE** : | |
| **FOR LSF9 MASTER PARTICIPATION TRUST** : | |
| **Movant** : | |
| v. : | |
| **SHERRY LEE SHIRE-MISNIK** : | |
| **F/K/A SHERRY L SHIRE** : | |
| **A/K/A SHERRY L MISNIK** | |
| **GARY J. MISNIK (Co-Debtor)** | |
| **Respondents** | |

**ORDER MODIFYING §362 AUTOMATIC STAY AND §1301 CO-DEBTOR STAY**

   **AND NOW**, this 26th day of June, 2018, at **PHILADELPHIA**, upon Motion of **CALIBER HOME LOANS, INC. AS SERVICER FOR U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST** (Movant), it is:

   **ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

   **ORDERED** that Relief from the Automatic stay and Co-Debtor Stay of all proceedings, as provided under 11 U.S.C. §362 and §1301 is granted with respect to, 726 PERKINS LANE, EDGEWATER PARK, NJ 08010(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

   **ORDERED** that Rule 4001(a)(3) is not applicable and **CALIBER HOME LOANS, INC. AS SERVICER FOR U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST** may immediately enforce and implement this Order granting Relief from the Automatic Stay and Co-Debtor Stay; and it is further;

   **ORDERED** that relief from any co-debtor stay (if applicable) is hereby granted; and it is further;

   **ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
ASHELY M. CHAN, BANKRUPTCY JUDGE

WILLIAM C. MILLER, ESQUIRE (TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

ROBERT H. HOLBER, ESQUIRE
41 EAST FRONT STREET
MEDIA, PA 19063

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107

GARY J. MISNIK
726 PERKINS LANE
EDGEWATER PARK, NJ 08010

SHERRY LEE SHIRE-MISNIK
F/K/A SHERRY L SHIRE
A/K/A SHERRY L MISNIK
163 MEADOWVIEW COURT
LANGHORNE, PA 19047

SHERRY LEE SHIRE-MISNIK
F/K/A SHERRY L SHIRE
A/K/A SHERRY L MISNIK
726 PERKINS LANE
EDGEWATER PARK, NJ 08010