UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Sherry Lee Shire-Misnik | : | Chapter |
| | : | |
| Debtor(s) | : | Bky. No. 17-18533 |

PRE-CONFIRMATION CERTIFICATION
OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN ACCORDANCE
WITH 11 U.S.C. §§ 1325(a)(8) and 1325(a)(9)

I, SHERRY LEE SHIRE-MISNIK, hereby state under penalty of perjury in connection with the confirmation hearing in the above case:

1. I have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. I have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

Date: 11/2/18

_____
SHERRY LEE SHIRE-MISNIK