United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                            Case No. 17-18533-amc
Sherry Lee Shire-Misnik                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett        Page 1 of 2              Date Rcvd: Feb 14, 2019
                             Form ID: pdf900        Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2019.
```
db         +Sherry Lee Shire-Misnik,    163 Meadowview Court,    Langhorne, PA 19047-1013
cr         +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
14031037   ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,     PO Box 982238,    El Paso, TX 79998)
14031036    Bank of America,   P.O. Box 31785,    Tampa, FL 33631-3785
14093269    Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
14031048   ++++DITECH,   332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
             (address filed with court: Ditech,     332 Minnesota St,    Suite 610,    Saint Paul, MN 55101)
14092683   +Ellen Mignoni,    Mary Jo Silvi,    Margaret T. Mignoni,    3101 Worthington Street, NW,
             Washington, DC 20015-2321
14031049   +Ellen Mignoni,    Beneficiary and Fiduciary of the,    Estate of Frank E. Mignoni,
             4549 Winding Brook Drive,    Bensalem, PA 19020-7805
14031050   +Gary J Misnik,    726 Perkins Lane,    Edgewater Park, NJ 08010-1621
14031052   +John A. Torrente, Esquire,    Begley, Carlin & Mandio,LLP,     680 Middletown Blvd,
             Langhorne, PA 19047-1817
14031055   +MDVIP,   4950 Communication Ave,    Suite 100,    Boca Raton, FL 33431-3308
14031053   +Margaret T. Mignoni,    4549 Winding Brook Drive,    Bensalem, PA 19020-7805
14031054   +Mary Jo Silvi,    Beneficiary of the,    Estate of Frank E. Mignoni,    4549 Winding Brook Drive,
             Bensalem, PA 19020-7805
14031056   +Morris Licciardello,    4549 Winding Brook Drive,    Bensalem, PA 19020-7805
14031057   +Sears/cbna,   Mastercard,    PO Box 6283,    Sioux Falls, SD 57117-6283
14031058   +Sears/cbnd,   PO Box 6189,    Sioux Falls, SD 57117-6189
14031061   +Synchb/ToysRUsDC,   PO Box 965005,    Orlando, FL 32896-5005
14031062   +Wells Fargo Bank Nv NA,    PO Box 31557,    Billings, MT 59107-1557
14108092   +Wells Fargo Bank, N.A.,    c/o KARINA VELTER,    Manley Deas Kochalski LLC,    P.O. Box 165028,
             Columbus, OH 43216-5028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: megan.harper@phila.gov Feb 15 2019 02:37:06     City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA 19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 15 2019 02:36:41
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA 17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 15 2019 02:36:55     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr         +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2019 02:42:40     Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14078076    E-mail/Text: ally@ebn.phinsolutions.com Feb 15 2019 02:36:13     Ally Financial,
             PO Box 130424,    Roseville MN 55113-0004
14031035   +E-mail/Text: ally@ebn.phinsolutions.com Feb 15 2019 02:36:13     Ally Financial,
             200 Renaissance Ctr,    Detroit, MI 48243-1300
14031038   +E-mail/Text: ECMBKMail@Caliberhomeloans.com Feb 15 2019 02:37:18     Caliber Home Loans,
             13801 Wireless Way,    Oklahoma City, OK 73134-2500
14031040   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 15 2019 02:42:28     Capital One,
             PO Box 30281,    Salt Lake City, UT 84130-0281
14031039   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 15 2019 02:42:41     Capital One,
             Helzberg,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
14031041   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2019 02:36:26     Comenity Bank/Chadwicks,
             PO Vox 182789,    Columbus, OH 43218-2789
14031042    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2019 02:36:26     Comenity Bank/Jared,
             Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
14031043   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2019 02:36:26     Comenity Bank/lnbryant,
             PO Box 182789,    Columbus, OH 43218-2789
14031044   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2019 02:36:27     Comenity Bank/roamans,
             PO Box 182789,    Columbus, OH 43218-2789
14031047   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2019 02:36:27     Comenitybk/VictoricSecret,
             PO Box 182789,    Columbus, OH 43218-2789
14031045    E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2019 02:36:27     Comenitybk/brylane,
             PO Box 18279,    Columbus, OH 43218
14031046   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 15 2019 02:36:27     Comenitybk/jesslon,
             PO Box 182789,    Columbus, OH 43218-2789
14093396    E-mail/Text: bankruptcy.bnc@ditech.com Feb 15 2019 02:36:21
             Ditech Financial LLC fka Green Tree Servicing LLC,     P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
14031986   +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 15 2019 02:42:55
             PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14070375    E-mail/Text: bnc-quantum@quantum3group.com Feb 15 2019 02:36:29
             Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14031059   +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2019 02:42:39     Syncb/Amazon,    PO Box, 965015,
             Orlando, FL 32896-0001
14031060   +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2019 02:42:39     Syncb/Care Credit,
             PO Box 965036,    Orlando, FL 32896-5036
                                                                                              TOTAL: 21
```

```
District/off: 0313-2          User: Antoinett           Page 2 of 2              Date Rcvd: Feb 14, 2019
                              Form ID: pdf900          Total Noticed: 40
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14092445          Wells Fargo Bank, N.A. Default Document Processing,   1000 Blue Gentian Road  N9286-01Y
cr*              +Morris Licciardello,    4549 Winding Brook Drive,    Bensalem, PA 19020-7805
14031051*         Gary J. Misnik,    726 Perkins Lane,    Edgewater Park, NJ 08010-1621
14047890*        +John A. Torrente, Esquire,    Begley, Carlin & Mandio, LLP,    680 Middletown Blvd.,
                   LANGHORNE, PA 19047-1817
                                                                                         TOTALS: 1, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2019 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    CALIBER HOME LOANS, INC. ET. AL. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              JOHN A. TORRENTE    on behalf of Creditor Morris  Licciardello jtorrente@begleycarlin.com
              JOHN A. TORRENTE    on behalf of Creditor Ellen  Mignoni jtorrente@begleycarlin.com
              JOSEPH M. RAMAGLI    on behalf of Debtor Sherry Lee Shire-Misnik jramagli@jccslaw.com
              KARINA  VELTER    on behalf of Creditor   Wells Fargo Bank, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.epiqsystems.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    CALIBER HOME LOANS, INC. ET. AL. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                               TOTAL: 13
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re                                              :        Chapter 13

SHERRY LEE SHIRE-MISNIK

    Debtor(s)
                                                   :        Bankruptcy No. 17-18533AMC

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 13th day of February, 2019 consideration of the plan submitted by the debtor under Chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that
    A.  a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;
    B.  the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provision of title 11 U.S.C.;
    C.  any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;
    D.  the plan has been proposed in good faith and not by any means forbidden by law;
    E.  the value, as of the effective date of the plan, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under chapter 7 of title 11 on such date;
    F.  with respect to each allowed secured claim provided for by the plan-
      (1) the holder of such claim has accepted the plan;
      (2) (a)  the plan provides that the holder of such claim retain the lien securing such claim, and
          (b)  the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claims is not less than the allowed amount of such claim; or
      (3) the debtor has agreed to surrender or has surrendered the property securing such claim to such holder of the claim; and
    G.  the debtor will be able to make all payments under the plan and to comply with the plan;
WHEREFORE, it is ORDERED:
1.  that the plan is CONFIRMED
2.  that pursuant to 11 U.S.C. 1327 the provisions of the confirmed plan bind the debtor and each of the creditors of the debtor, whether or not the claim of such creditor is provided for by the plan, and whether or not said creditor has objected to, has accepted or has rejected the plan; and
3.  that all property of the estate, including any income, earnings, other property which may become a part of the estate during the administration of the case which property is not proposed, or reasonably contemplated, to be distributable to claimants under the plan shall revest in the debtor(s); provided, however, that no property received by the trustee for the purpose of distribution under the plan shall revest in the debtor except to the extent that such property may be in excess of the amount needed to pay in full all allowed claims as provided in the plan.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge