**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

IN RE:                                                         CASE NO.: 17-18533-amc
                                                                                                 **CHAPTER 13**

**Sherry Lee Shire-Misnik**
**fka Sherry L Shire**
**aka Sherry L Misnik,**

    **Debtor.**

_____/

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of LOANCARE, LLC ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                             RAS Crane, LLC
                                             Authorized Agent for Secured Creditor
                                             10700 Abbott's Bridge Road, Suite 170
                                             Duluth, GA 30097
                                             Telephone: 470-321-7112
                                             Facsimile: 404-393-1425
                                             By: <u>/s/Ashlee Fogle</u>
                                             Ashlee Fogle, Esquire
                                             Email: afogle@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 6, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

JOSEPH M. RAMAGLI
JACKSON COOK CARACAPPA & SCOTT
312 OXFORD VALLEY ROAD
FAIRLESS HILLS, PA 19030

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
833 CHESTNUT STREET
SUITE 500
PHILADELPHIA, PA 19107

SHERRY LEE SHIRE-MISNIK
163 MEADOWVIEW COURT
LANGHORNE, PA 19047

    RAS Crane, LLC
    Authorized Agent for Secured Creditor
    10700 Abbott's Bridge Road, Suite 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Facsimile: 404-393-1425
    By: /s/Ashlee Fogle
    Ashlee Fogle, Esquire
    Email: afogle@rascrane.com