United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 17-18533-amc
Sherry Lee Shire-Misnik                                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: May 28, 2019
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 30, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14093396       E-mail/Text: bankruptcy.bnc@ditech.com May 29 2019 02:52:33
               Ditech Financial LLC fka Green Tree Servicing LLC,   P.O. Box 6154,
               Rapid City, South Dakota 57709-6154
                                                                                                    TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2019 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    CALIBER HOME LOANS, INC. ET. AL. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              JOHN A. TORRENTE    on behalf of Creditor Morris  Licciardello jtorrente@begleycarlin.com
              JOHN A. TORRENTE    on behalf of Creditor Ellen  Mignoni jtorrente@begleycarlin.com
              JOSEPH M. RAMAGLI    on behalf of Debtor Sherry Lee Shire-Misnik jramagli@jccslaw.com
              KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.axosfs.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    CALIBER HOME LOANS, INC. ET. AL. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                               TOTAL: 13

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-18533-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Sherry Lee Shire-Misnik
163 Meadowview Court
Langhorne PA 19047

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 05/24/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 10: Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 | LoanCare, LLC<br>P.O. Box 8068<br>Virginia Beach, VA 23450 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/30/19

Tim McGrath
**CLERK OF THE COURT**