**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                                Case No. 17-18533-AMC
                                                                      Chapter 13

_____Sherry Lee Shire-Misnik_____/

**CERTIFICATE OF NO RESPONSE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the Application for Compensation of Joseph M. Ramagli, Esquire, attorney for debtor, filed May 17, 2019 in the above-captioned Chapter 13 case. The undersigned further certifies, after reviewing the Court's docket in this case, that no answer, objection, or other responsive pleading to the Application appears thereon. Objections to the Application have not been filed and served, now seven (7) months following the date of filing of the Application.

The Trustee should now be directed to pay $3,500 in attorney's fees and expenses, without further order of court.

DATED: 12/18/19

Joseph M. Ramagli, Esq.
KARDOS, RICKLES & HAND, P.C.
626 S. State Street
Newtown, PA 18940
215.968.6602
jramagli@krhlaw.com