JACKSON, COOK, CARACAPPA & SCOTT, P.C.
By:   Joseph M. Ramagli, Esquire
Attorney I.D. No. 313772
312 N. Oxford Valley Road
Fairless Hills, PA  19030
(215) 946-4342

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Sherry Lee Shire-Misnik, | : | Case No. 17-18533-amc |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| | : | Judge Ashely M. Chan |

**ORDER GRANTING ATTORNEY COMPENSATION APPLICATION**

THIS MATTER having come on regularly before the above-signed Judge of the above-entitled court upon the application for award of attorneys' fees for Jackson, Cook, Caracappa & Scott, P.C., and the Court having reviewed the files and records herein and being fully advised in the premise;

NOW, THEREFORE, IT IS HEREBY ORDERED that the sum of $3,500.00 is pproved as and for attorneys' fees for Jackson, Cook, Caracappa & Scott, P.C.

Dated:  **December 30, 2019**

_____
ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE