```
                    United States Bankruptcy Court
                    Eastern District of Pennsylvania
```

In re:                                                             Case No. 17-18533-amc
Sherry Lee Shire-Misnik                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Marie            Page 1 of 1            Date Rcvd: Dec 30, 2019
                              Form ID: 195           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 01, 2020.
db             +Sherry Lee Shire-Misnik,    163 Meadowview Court,    Langhorne, PA 19047-1013

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2019 at the address(es) listed below:
              JEROME B. BLANK    on behalf of Creditor    CALIBER HOME LOANS, INC. ET. AL. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor     LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              JOHN A. TORRENTE     on behalf of Creditor Morris  Licciardello jtorrente@begleycarlin.com
              JOHN A. TORRENTE     on behalf of Creditor Ellen  Mignoni jtorrente@begleycarlin.com
              JOSEPH M. RAMAGLI     on behalf of Debtor Sherry Lee Shire-Misnik jramagli@krhlaw.com,
               ramaglijr92763@notify.bestcase.com
              KARINA  VELTER     on behalf of Creditor   Wells Fargo Bank, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD     on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2019-PM8 bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.axosfs.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    CALIBER HOME LOANS, INC. ET. AL. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
                                                                                             TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 13

Sherry Lee Shire−Misnik : Case No. 17−18533−amc
      Debtor(s)

***ORDER***
_____

AND NOW, this day , December 30, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

84
Form 195