## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

In re                                          :          Chapter 13

Sherry Lee Shire-Misnik
fka Sherry L. Shire
aka Sherry L. Misnik


Debtor(s)                                      :          Bankruptcy No.17-18533-AMC


### ORDER

ORDERED that the Order approving Trustee's Report, Discharging Trustee and Closing Case erroneously entered by the clerk's office on December 30, 2019, is VACATED.


January 2, 2020

_____
Ashely M. Chan
United States Bankruptcy Judge