United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                            Case No. 17-18533-amc
Sherry Lee Shire-Misnik                                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia            Page 1 of 3             Date Rcvd: Jan 02, 2020
                              Form ID: pdf900           Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2020.
```
db          +Sherry Lee Shire-Misnik,    163 Meadowview Court,    Langhorne, PA 19047-1013
cr          +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr          +LoanCare, LLC,    RAS Crane, LLC,    10700 Abbott'Bridge s Road,    Suite 170,
              Duluth, GA 30097-8461
14031037   ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank of America,    PO Box 982238,    El Paso, TX 79998)
14031036    Bank of America,    P.O. Box 31785,    Tampa, FL 33631-3785
14093269    Bank of America, N.A.,    PO Box 31785,    Tampa, FL 33631-3785
14031047   +Comenitybk/VictoricSecret,    PO Box 182789,    Columbus, OH 43218-2789
14031048  ++++DITECH,    332 MINNESOTA ST STE E610,    SAINT PAUL MN 55101-1311
             (address filed with court: Ditech,    332 Minnesota St,   Suite 610,    Saint Paul, MN 55101)
14321363   +Ellen Mignoni,    3101 Worthington Street, Northwest,    Washington, D.C. 20015-2321
14092683   +Ellen Mignoni,    Mary Jo Silvi,    Margaret T. Mignoni,    3101 Worthington Street, NW,
              Washington, DC 20015-2321
14031049   +Ellen Mignoni,    Beneficiary and Fiduciary of the,   Estate of Frank E. Mignoni,
              4549 Winding Brook Drive,    Bensalem, PA 19020-7805
14031050   +Gary J Misnik,    726 Perkins Lane,    Edgewater Park, NJ 08010-1621
14031052   +John A. Torrente, Esquire,    Begley, Carlin & Mandio,LLP,    680 Middletown Blvd,
              Langhorne, PA 19047-1817
14331789   +LoanCare, LLC,    P.O. Box 8068,    Virginia Beach, VA 23450-8068
14320979   +Loancare, LLC,    c/o Ashlee Fogle, Esq.,    RAS Crane, LLC,
              10700 Abbott's Bridge Road, Suite 170,    Duluth, GA 30097-8461
14031055   +MDVIP,    4950 Communication Ave,    Suite 100,   Boca Raton, FL 33431-3308
14031053   +Margaret T. Mignoni,    4549 Winding Brook Drive,    Bensalem, PA 19020-7805
14321396    Mary Jo Silvi,    19 Vintage Farm Lane, Newtown, PA  18940
14321408    Mary Jo Silvi,    19 Vintage Farm Lane, Newtown, PA  18940
14321364   +Mary Jo Silvi,    19 Vintage Farm Lane,    Newtown, PA 18940-2831
14321374   +Mary Jo Silvi,    19 Vintage Farm Lane,    Newtown, PA 18940-2831
14321379   +Mary Jo Silvi,    19 Vintage Farm Lane,    Newtown, PA 18940-2831
14321384   +Mary Jo Silvi,    19 Vintage Farm Lane,    Newtown, PA 18940-2831
14321394   +Mary Jo Silvi,    19 Vintage Farm Lane,    Newtown, PA 18940-2831
14031054   +Mary Jo Silvi,    Beneficiary of the,    Estate of Frank E. Mignoni,    4549 Winding Brook Drive,
              Bensalem, PA 19020-7805
14031056   +Morris Licciardello,    4549 Winding Brook Drive,    Bensalem, PA 19020-7805
14031057   +Sears/cbna,    Mastercard,    PO Box 6283,    Sioux Falls, SD 57117-6283
14031058   +Sears/cbnd,    PO Box 6189,    Sioux Falls, SD 57117-6189
14031062   +Wells Fargo Bank Nv NA,    PO Box 31557,    Billings, MT 59107-1557
14108092   +Wells Fargo Bank, N.A,    c/o KARINA VELTER,    Manley Deas Kochalski LLC,    P.O. Box 165028,
              Columbus, OH 43216-5028
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jan 03 2020 03:09:14     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 03 2020 03:08:58
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 03 2020 03:09:12     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2020 03:06:13     Synchrony Bank,
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14078076     E-mail/Text: ally@ebn.phinsolutions.com Jan 03 2020 03:08:48     Ally Financial,
              PO Box 130424,    Roseville MN 55113-0004
14031035    +E-mail/Text: ally@ebn.phinsolutions.com Jan 03 2020 03:08:48     Ally Financial,
              200 Renaissance Ctr,    Detroit, MI 48243-1300
14031038    +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jan 03 2020 03:09:24     Caliber Home Loans,
              13801 Wireless Way,    Oklahoma City, OK 73134-2500
14031040    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 03 2020 03:05:40     Capital One,
              PO Box 30281,    Salt Lake City, UT 84130-0281
14031039    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 03 2020 03:06:17     Capital One,
              Helzberg,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
14031041    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 03 2020 03:08:54     Comenity Bank/Chadwicks,
              PO Vox 182789,    Columbus, OH 43218-2789
14031042     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 03 2020 03:08:54     Comenity Bank/Jared,
              Bankruptcy Department,    PO Box 182125,    Columbus, OH 43218-2125
14031043    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 03 2020 03:08:54     Comenity Bank/lnbryant,
              PO Box 182789,    Columbus, OH 43218-2789
14031044    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 03 2020 03:08:54     Comenity Bank/roamans,
              PO Box 182789,    Columbus, OH 43218-2789
14031045     E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 03 2020 03:08:54     Comenitybk/brylane,
              PO Box 18279,    Columbus, OH 43218
14031046    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 03 2020 03:08:55     Comenitybk/jesslon,
              PO Box 182789,    Columbus, OH 43218-2789
```

```
District/off: 0313-2              User: Virginia            Page 2 of 3              Date Rcvd: Jan 02, 2020
                                  Form ID: pdf900           Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14093396          E-mail/Text: bankruptcy.bnc@ditech.com Jan 03 2020 03:08:53
                   Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
                   Rapid City, South Dakota 57709-6154
14031986         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 03 2020 03:05:37
                   PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14070375          E-mail/Text: bnc-quantum@quantum3group.com Jan 03 2020 03:08:55
                   Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14031059         +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2020 03:06:50       Syncb/Amazon,    PO Box,   965015,
                   Orlando, FL 32896-0001
14031060         +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2020 03:05:35       Syncb/Care Credit,
                   PO Box 965036,    Orlando, FL 32896-5036
14031061         +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2020 03:06:13       Synchb/ToysRUsDC,    PO Box 965005,
                   Orlando, FL 32896-5005
14442000          E-mail/Text: jennifer.chacon@spservicing.com Jan 03 2020 03:09:24
                   U.S. Bank Trust National Association, et al,    c/o Select Portfolio Servicing, Inc.,
                   ATTN: Remittance Processing,    PO BOX 65450,    Salt Lake City, UT 84165-0450
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14321395         Ellen Mignoni,   3101 Worthington Street, NW, Washington,
14321407         Ellen Mignoni,   3101 Worthington St NW Washington, D.C.
14092445         Wells Fargo Bank, N.A. Default Document Processing,    1000 Blue Gentian Road  N9286-01Y
cr*             +Morris Licciardello,   4549 Winding Brook Drive,    Bensalem, PA 19020-7805
14321373*       +Ellen Mignoni,   3101 Worthington Street, Northwest,    Washington, D.C. 20015-2321
14321378*       +Ellen Mignoni,   3101 Worthington Street, Northwest,    Washington, D.C. 20015-2321
14321383*       +Ellen Mignoni,   3101 Worthington Street, Northwest,    Washington, D.C. 20015-2321
14321393*       +Ellen Mignoni,   3101 Worthington Street, Northwest,    Washington, D.C. 20015-2321
14031051*        Gary J. Misnik,   726 Perkins Lane,    Edgewater Park, NJ 08010-1621
14047890*       +John A. Torrente, Esquire,   Begley, Carlin & Mandio, LLP,    680 Middletown Blvd.,
                   LANGHORNE, PA 19047-1817
                                                                                           TOTALS: 3, * 7, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 2, 2020 at the address(es) listed below:
```
              JEROME B. BLANK    on behalf of Creditor    CALIBER HOME LOANS, INC. ET. AL. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              JOHN A. TORRENTE    on behalf of Creditor Morris  Licciardello jtorrente@begleycarlin.com
              JOHN A. TORRENTE    on behalf of Creditor Ellen  Mignoni jtorrente@begleycarlin.com
              JOSEPH M. RAMAGLI    on behalf of Debtor Sherry Lee Shire-Misnik jramagli@krhlaw.com,
               ramaglijr92763@notify.bestcase.com
              KARINA  VELTER    on behalf of Creditor    Wells Fargo Bank, N.A. amps@manleydeas.com
              KEVIN G. MCDONALD    on behalf of Creditor    Bank Of America, N.A. bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. Bank Trust National Association, as Trustee for
               Towd Point Master Funding Trust 2019-PM8 bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.axosfs.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    CALIBER HOME LOANS, INC. ET. AL. paeb@fedphe.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    LSF9 MASTER PARTICIPATION TRUST paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
```

```
District/off: 0313-2          User: Virginia            Page 3 of 3              Date Rcvd: Jan 02, 2020
                              Form ID: pdf900           Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
    WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                     TOTAL: 14

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

In re                                           :          Chapter 13

Sherry Lee Shire-Misnik
fka Sherry L. Shire
aka Sherry L. Misnik

Debtor(s)                                       :          Bankruptcy No.17-18533-AMC

## ORDER

ORDERED that the Order approving Trustee's Report, Discharging Trustee and Closing Case erroneously entered by the clerk's office on December 30, 2019, is VACATED.

January 2, 2020

_____
Ashely M. Chan
United States Bankruptcy Judge