**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Sherry Lee Shire-Misnik FKA** | : | Case No.: 17-18533 |
| **Sherry L Shire, AKA Sherry L** | : | Chapter 13 |
| **Misnik** | : | Judge Eric L. Frank |
| | : | * * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wells Fargo Bank, N.A.** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

| | |
|---|---|
| /s/ Karina Velter | /s/ Sarah E. Barngrover |
| Karina Velter (94781) | Sarah E. Barngrover (323972) |
| Manley Deas Kochalski LLC | Manley Deas Kochalski LLC |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| Telephone: 614-220-5611 | 614-220-5611; Fax: 614-627-8181 |
| Fax: 614-627-8181 | sebarngrover@manleydeas.com |

18-015074_PS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | Case No.: 17-18533 |
| **Sherry Lee Shire-Misnik FKA Sherry L Shire, AKA Sherry L Misnik** | Chapter 13 |
| | Judge Eric L. Frank |
| | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | |
| | |
| **Wells Fargo Bank, N.A.** | Related Document # |
| **Movant,** | |
| vs | |
| | |
| **Sherry Lee Shire-Misnik FKA Sherry L Shire, AKA Sherry L Misnik** | |
| **Gary Misnik** | |
| | |
| **William C. Miller** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105, ecfemails@ph13trustee.com

Joseph M. Ramagli, Attorney for Sherry Lee Shire-Misnik FKA Sherry L Shire, AKA Sherry L Misnik, 312 Oxford Valley Road, Fairless Hills, PA 19030, jramagli@jccslaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

Sherry Lee Shire-Misnik FKA Sherry L Shire, AKA Sherry L Misnik, 163 Meadowview Court, Langhorne, PA 19047

Sherry Lee Shire-Misnik FKA Sherry L Shire, AKA Sherry L Misnik and Gary Misnik, 726 Perkins Lane, Edgewater Park, NJ 08010

18-015074_PS

DATE: <u>March 6, 2021</u>

<u>/s/ Sarah E. Barngrover</u>
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

18-015074_PS