**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Sherry Lee Shire-Misnik FKA** | : | Case No.: 17-18533 |
| **Sherry L Shire, AKA Sherry L** | : | Chapter 13 |
| **Misnik** | : | Judge Eric L. Frank |
| | : | * * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Adam B. Hall**, who shall be substituted for Sarah E. Barngrover as counsel of record for creditor **Wells Fargo Bank, N.A.** ("Creditor"). Sarah E. Barngrover is no longer counsel for Creditor and should not receive future notices in this case.

/s/ Sarah E. Barngrover
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
614-220-5611; Fax 614-627-8181
sebarngrover@manleydeas.com

/s/ Adam B. Hall
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
614-220-5611; Fax: 614-627-8181
abh@manleydeas.com

18-015074_PS

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 17-18533** |
| **Sherry Lee Shire-Misnik FKA Sherry L** : | **Chapter 13** |
| **Shire, AKA Sherry L Misnik** : | **Judge Eric L. Frank** |
| : | * * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** : | |
| : | |
| **Wells Fargo Bank, N.A.** : | **Related Document #** |
| **Movant,** : | |
| vs : | |
| : | |
| **Sherry Lee Shire-Misnik FKA Sherry L** : | |
| **Shire, AKA Sherry L Misnik** : | |
| **Gary Misnik** : | |
| : | |
| **William C. Miller** | |
| **Respondents.** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was served on the parties listed below via e-mail notification:

  Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

  William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

  Joseph M. Ramagli, Attorney for Sherry Lee Shire-Misnik FKA Sherry L Shire, AKA Sherry L Misnik, 312 Oxford Valley Road, Fairless Hills, PA  19030, jramagli@jccslaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on September 21, 2021:

  Sherry Lee Shire-Misnik FKA Sherry L Shire, AKA Sherry L Misnik, 163 Meadowview Court, Langhorne, PA  19047

  Sherry Lee Shire-Misnik FKA Sherry L Shire, AKA Sherry L Misnik and Gary Misnik, 726 Perkins Lane, Edgewater Park, NJ  08010

18-015074_PS

DATE: September 21, 2021

/s/ Adam B. Hall
Adam B. Hall, Esquire (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B. Hall.
Contact email is abh@manleydeas.com

18-015074_PS