| UNITED STATES BANKRUPTCY COURT<br>Eastern District of Pennsylvania | | **NOTICE OF CHANGE OF ADDRESS** |
|---|---|---|
| Name of Debtor(s):<br><br>Sherry Lee Shire-Misnik | Case Number:<br><br>2:2017-bk-18533 | |
| Name of Creditor:<br>  Wells Fargo Bank, N.A. | | |
| Name of Current Servicer of account:<br>  Wells Fargo Bank, N.A. | | **COURT USE ONLY** |
| Name and NEW Address where notices should be sent:<br><br>  Wells Fargo Bank, N.A.<br>  MAC N9286-01Y<br>  P.O. Box 1629<br>  Minneapolis, MN 55440-9790<br>  Telephone Number: 800-274-7025<br><br>Prior notice address:<br><br>  Wells Fargo Bank, N.A.<br>  MAC N9286-01Y<br>  1000 Blue Gentian Road<br>  Eagan, MN 55121-7700 | | **X** Check this box if you are changing the address that notices will go to. |
| Name and address where payments should be sent:<br><br>  Wells Fargo Bank, N.A.<br>  Attention: Payment Processing<br>  MAC F2302-04C<br>  1 Home Campus<br>  Des Moines, IA 50328<br><br>  Telephone Number: 800-274-7025 | | ___ Check this box if you are changing the address that payments will go to. |
| 1.   Account Number: **0501** UCID: **WFCHEQ1718533PAE90630501** | | ___ Check this box if the account number has changed. |
| 2.   Court Claim Number: **8** | | |
| 3.   **Signature:**<br><br>**Check the appropriate box.**<br>  X   I am the creditor.<br>     I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)<br>     I am the trustee, or the debtor.<br>     I am a guarantor, surety, endorser, or other codebtor.<br><br>  By:  /s/ Sharon Renee Harris          Date:  01/20/2022<br>       VP Loan Documentation | | |

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO.: 17-18533 |
| **Sherry Lee Shire-Misnik** | CHAPTER: 13 |

**Debtor(s).**

_____/

## CERTIFICATE OF SERVICE

I hereby certify that on or before January 20, 2022, I served a copy of this Notice and all attachments upon each of the entities named below by the court's notice of electronic filing or by placing a copy thereof in an envelope, in the United States Mail with first class mail postage prepaid, addressed to each of them as follows:

### SERVICE LIST

*Debtor:*   *By U.S. Postal Service First Class Mail Postage Prepaid:*

Sherry Lee Shire-Misnik
163 Meadowview Court
Langhorne, PA 19047

*Debtor's Attorney:*   *By CM / ECF Filing:*

JOSEPH M. RAMAGLI
Kardos, Rickles & Hand P.C.
626 South State Street
Newtown, PA 19840

*Trustee:*   *By CM / ECF Filing:*

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

/s/ John Shelley

        InfoEx, LLC
        (as authorized agent for Wells Fargo Bank,
        N.A.)