United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-18533-elf

Sherry Lee Shire-Misnik     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 4

Date Rcvd: Feb 21, 2023     Form ID: 138OBJ     Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sherry Lee Shire-Misnik, 163 Meadowview Court, Langhorne, PA 19047-1013 |
| 14031047 | + | Comenitybk/VictoricSecret, PO Box 182789, Columbus, OH 43218-2789 |
| 14031048 | + | Ditech, 332 Minnesota St, Suite 610, Saint Paul, MN 55101-1314 |
| 14093396 | | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 14321363 | + | Ellen Mignoni, 3101 Worthington Street, Northwest, Washington, D.C. 20015-2321 |
| 14092683 | + | Ellen Mignoni, Mary Jo Silvi, Margaret T. Mignoni, 3101 Worthington Street, NW, Washington, DC 20015-2321 |
| 14031049 | + | Ellen Mignoni, Beneficiary and Fiduciary of the, Estate of Frank E. Mignoni, 4549 Winding Brook Drive, Bensalem, PA 19020-7805 |
| 14031050 | + | Gary J Misnik, 726 Perkins Lane, Edgewater Park, NJ 08010-1621 |
| 14031052 | + | John A. Torrente, Esquire, Begley, Carlin & Mandio,LLP, 680 Middletown Blvd, Langhorne, PA 19047-1817 |
| 14031055 | + | MDVIP, 4950 Communication Ave, Suite 100, Boca Raton, FL 33431-3308 |
| 14031053 | + | Margaret T. Mignoni, 4549 Winding Brook Drive, Bensalem, PA 19020-7805 |
| 14031054 | + | Mary Jo Silvi, Beneficiary of the, Estate of Frank E. Mignoni, 4549 Winding Brook Drive, Bensalem, PA 19020-7805 |
| 14321364 | + | Mary Jo Silvi, 19 Vintage Farm Lane, Newtown, PA 18940-2831 |
| 14031056 | + | Morris Licciardello, 4549 Winding Brook Drive, Bensalem, PA 19020-7805 |
| 14108092 | + | Wells Fargo Bank, N.A, c/o KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 22 2023 05:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 22 2023 05:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14078076 | | Email/Text: ally@ebn.phinsolutions.com | Feb 22 2023 05:09:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14031035 | + | Email/Text: ally@ebn.phinsolutions.com | Feb 22 2023 05:09:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14031037 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 22 2023 05:09:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 14031036 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 22 2023 05:09:00 | Bank of America, P.O. Box 31785, Tampa, FL 33631-3785 |
| 14093269 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 22 2023 05:09:00 | Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 14031038 | + | Email/Text: ECMBKMail@Caliberhomeloans.com | Feb 22 2023 05:09:00 | Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134-2500 |
| 14031039 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2023 05:14:45 | Capital One, Helzberg, 26525 N Riverwoods Blvd, Mettawa, IL 60045-3438 |
| 14031040 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 22 2023 05:14:42 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: 138OBJ | Total Noticed: 43 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14031041 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 22 2023 05:09:00 | Comenity Bank/Chadwicks, PO Vox 182789, Columbus, OH 43218-2789 |
| 14031042 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 22 2023 05:09:00 | Comenity Bank/Jared, Bankruptcy Department, PO Box 182125, Columbus, OH 43218-2125 |
| 14031043 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 22 2023 05:09:00 | Comenity Bank/lnbryant, PO Box 182789, Columbus, OH 43218-2789 |
| 14031044 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 22 2023 05:09:00 | Comenity Bank/roamans, PO Box 182789, Columbus, OH 43218-2789 |
| 14031045 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 22 2023 05:09:00 | Comenitybk/brylane, PO Box 18279, Columbus, OH 43218 |
| 14031046 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 22 2023 05:09:00 | Comenitybk/jesslon, PO Box 182789, Columbus, OH 43218-2789 |
| 14331789 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Feb 22 2023 05:09:00 | LoanCare, LLC, P.O. Box 8068, Virginia Beach, VA 23450-8068 |
| 14320979 | + | Email/Text: RASEBN@raslg.com | Feb 22 2023 05:09:00 | Loancare, LLC, c/o Ashlee Fogle, Esq., RAS Crane, LLC, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 14031986 | + | Email/PDF: rmscedi@recoverycorp.com | Feb 22 2023 05:14:50 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14070375 | | Email/Text: bnc-quantum@quantum3group.com | Feb 22 2023 05:09:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14031057 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2023 05:14:43 | Sears/cbna, Mastercard, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 14031058 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 22 2023 05:14:43 | Sears/cbnd, PO Box 6189, Sioux Falls, SD 57117-6189 |
| 14031059 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 05:14:47 | Syncb/Amazon, PO Box, 965015, Orlando, FL 32896-0001 |
| 14031060 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 05:14:49 | Syncb/Care Credit, PO Box 965036, Orlando, FL 32896-5036 |
| 14031061 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 22 2023 05:14:43 | Synchb/ToysRUsDC, PO Box 965005, Orlando, FL 32896-5005 |
| 14442000 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 22 2023 05:09:00 | U.S. Bank Trust National Association, et al, c/o Select Portfolio Servicing, Inc., ATTN: Remittance Processing, PO BOX 65450, Salt Lake City, UT 84165-0450 |
| 14031062 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 22 2023 05:14:49 | Wells Fargo Bank Nv NA, PO Box 31557, Billings, MT 59107-1557 |
| 14092445 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Feb 22 2023 05:14:45 | Wells Fargo Bank, N.A., MAC N9286-01Y, PO Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14321395 | | Ellen Mignoni, 3101 Worthington Street, NW, Washington, |
| 14321407 | | Ellen Mignoni, 3101 Worthington St NW Washington, D.C. |
| 14321373 | *+ | Ellen Mignoni, 3101 Worthington Street, Northwest, Washington, D.C. 20015-2321 |
| 14321378 | *+ | Ellen Mignoni, 3101 Worthington Street, Northwest, Washington, D.C. 20015-2321 |
| 14321383 | *+ | Ellen Mignoni, 3101 Worthington Street, Northwest, Washington, D.C. 20015-2321 |
| 14321393 | *+ | Ellen Mignoni, 3101 Worthington Street, Northwest, Washington, D.C. 20015-2321 |
| 14031051 | * | Gary J. Misnik, 726 Perkins Lane, Edgewater Park, NJ 08010-1621 |
| 14047890 | *+ | John A. Torrente, Esquire, Begley, Carlin & Mandio, LLP, 680 Middletown Blvd., LANGHORNE, PA 19047-1817 |

Case 17-18533-elf    Doc 102    Filed 02/23/23    Entered 02/24/23 00:37:16    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 21, 2023 | Form ID: 138OBJ | Total Noticed: 43 |

| | | |
|---|---|---|
| 14321374 | *+ | Mary Jo Silvi, 19 Vintage Farm Lane, Newtown, PA 18940-2831 |
| 14321379 | *+ | Mary Jo Silvi, 19 Vintage Farm Lane, Newtown, PA 18940-2831 |
| 14321384 | *+ | Mary Jo Silvi, 19 Vintage Farm Lane, Newtown, PA 18940-2831 |
| 14321394 | *+ | Mary Jo Silvi, 19 Vintage Farm Lane, Newtown, PA 18940-2831 |
| 14321396 | * | Mary Jo Silvi, 19 Vintage Farm Lane, Newtown, PA 18940 |
| 14321408 | * | Mary Jo Silvi, 19 Vintage Farm Lane, Newtown, PA 18940 |

TOTAL: 2 Undeliverable, 12 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2023        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A. amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2019-PM8 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor LoanCare  LLC cwohlrab@raslg.com |
| JEROME B. BLANK | on behalf of Creditor CALIBER HOME LOANS  INC. ET. AL. jblank@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jblank@pincuslaw.com |
| JOHN A. TORRENTE | on behalf of Creditor Morris Licciardello jtorrente@begleycarlin.com |
| JOHN A. TORRENTE | on behalf of Creditor Ellen Mignoni jtorrente@begleycarlin.com |
| JOSEPH M. RAMAGLI | on behalf of Debtor Sherry Lee Shire-Misnik jramagli@krhlaw.com  ramaglijr92763@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Bank Of America  N.A. bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| THOMAS SONG | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST tomysong0@gmail.com |
| THOMAS SONG | on behalf of Creditor CALIBER HOME LOANS  INC. ET. AL. tomysong0@gmail.com |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 21, 2023 | Form ID: 138OBJ | Total Noticed: 43 |

United States Trustee
           USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Sherry Lee Shire−Misnik

    Debtor(s)

Case No: 17−18533−elf

Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                900 Market Street
                   Suite 400
              Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/21/23