United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-18533-amc |
| Sherry Lee Shire-Misnik | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 20, 2023 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sherry Lee Shire-Misnik, 163 Meadowview Court, Langhorne, PA 19047-1013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 20 2023 23:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 20 2023 23:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A. amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2019-PM8 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: Apr 20, 2023                    Form ID: 138FIN                           Total Noticed: 3

CHARLES GRIFFIN WOHLRAB
                          on behalf of Creditor LoanCare  LLC cwohlrab@raslg.com

JEROME B. BLANK
                          on behalf of Creditor CALIBER HOME LOANS  INC. ET. AL. jblank@pincuslaw.com

JEROME B. BLANK
                          on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jblank@pincuslaw.com

JOHN A. TORRENTE
                          on behalf of Creditor Morris Licciardello jtorrente@begleycarlin.com

JOHN A. TORRENTE
                          on behalf of Creditor Ellen Mignoni jtorrente@begleycarlin.com

JOSEPH M. RAMAGLI
                          on behalf of Debtor Sherry Lee Shire-Misnik jramagli@krhlaw.com  ramaglijr92763@notify.bestcase.com

KENNETH E. WEST
                          ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                          on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
                          on behalf of Creditor Bank Of America  N.A. bkgroup@kmllawgroup.com

ROBERT H. HOLBER
                          on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

THOMAS SONG
                          on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST tomysong0@gmail.com

THOMAS SONG
                          on behalf of Creditor CALIBER HOME LOANS  INC. ET. AL. tomysong0@gmail.com

United States Trustee
                          USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 15

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Sherry Lee Shire−Misnik

               Debtor(s)                               Case No: 17−18533−amc

                                                Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

To all parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may approve the Trustee's Final Report and Account.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/20/23