United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 17-18533-amc

Sherry Lee Shire-Misnik                                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                                     User: admin                                        Page 1 of 2

Date Rcvd: May 23, 2023                                 Form ID: 195                                    Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 25, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Sherry Lee Shire-Misnik, 163 Meadowview Court, Langhorne, PA 19047-1013 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 25, 2023                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 23, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ADAM BRADLEY HALL | on behalf of Creditor Wells Fargo Bank  N.A. amps@manleydeas.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor U.S. Bank Trust National Association  as Trustee for Towd Point Master Funding Trust 2019-PM8 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor LoanCare  LLC cwohlrab@raslg.com |
| JEROME B. BLANK | on behalf of Creditor CALIBER HOME LOANS  INC. ET. AL. jblank@pincuslaw.com |
| JEROME B. BLANK | on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST jblank@pincuslaw.com |
| JOHN A. TORRENTE | on behalf of Creditor Morris Licciardello jtorrente@begleycarlin.com |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: May 23, 2023                      Form ID: 195                                  Total Noticed: 1

JOHN A. TORRENTE
                    on behalf of Creditor Ellen Mignoni jtorrente@begleycarlin.com

JOSEPH M. RAMAGLI
                    on behalf of Debtor Sherry Lee Shire-Misnik jramagli@krhlaw.com  ramaglijr92763@notify.bestcase.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
                    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KEVIN G. MCDONALD
                    on behalf of Creditor Bank Of America  N.A. bkgroup@kmllawgroup.com

ROBERT H. HOLBER
                    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

THOMAS SONG
                    on behalf of Creditor LSF9 MASTER PARTICIPATION TRUST tomysong0@gmail.com

THOMAS SONG
                    on behalf of Creditor CALIBER HOME LOANS  INC. ET. AL. tomysong0@gmail.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 15

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                  : Chapter 13


Sherry Lee Shire−Misnik                                 : Case No. 17−18533−amc

           Debtor(s)


***ORDER***

_____


      AND NOW, this day , May 23, 2023 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


      ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                  By The Court


                  Ashely M. Chan
                  Judge , United States Bankruptcy Court